RECEIVED

JAN 3 0 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robert E. Taylor

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lt. Todd
John doe   John doe
John doe   John doe
John doe   John doe
John doe   John doe
John doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:17-cv-00776
Judge Virginia M. Kendall
Magistrate Judge Susan E. Cox
PC5

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Robert E. Taylor
   B. List all aliases: _____
   C. Prisoner identification number: R28891
   D. Place of present confinement: Centralia Correctional Center
   E. Address: Centralia, IL 62801 p.o box 711

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Lt. Todd
      Title: Lt. Todd Correctional officer
      Place of Employment: Jerome Combs detention Center

   B. Defendant: John doe
      Title: Correctional officer
      Place of Employment: Jerome Combs detention Center

   C. Defendant: John doe
      Title: Correctional officer
      Place of Employment: Jerome Combs detention Center

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: denial of meds 1:16 cv 8110

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert E. Taylor

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Virginia M. Kendall

G. Basic claim made: denial of meds

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: Aug 9, 2020

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Robert E. Taylor was detained at Jerome Combs detention Center. Where I got mentally ill, from not having perscribed meds. who was placed in isolation, Knowing being mentally disturbed at the time. From behaving irregular from mental illness. I was tazed twice by four to five C/O's Correctional officer. Hand cuffed and strap in a chair by both arms. And placed in a room within moments. Now from these events that took place I have scares and brusies. Within thrity to forty-five mintues, I was replaced back into isolation. Pior to these events days later I was aprouched. Again by other C/O's Lt. Todd and four to five Correctional

officer where I was again tazed two to three times. when I was housed in isolation. From being mentally ill disturbed At the time. And denied medical attention, running water to the sink, shower and toilet From these events I put in grivances and sick call but were denied. These event took place in isolation during the mid month of November 2015 till the end of Dec 2015

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To pay me Robert E. Taylor from the pain and suffering the officals put me threw to the fact of trying to stabilize my conditions

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of Dec, 20 16

Robert E. Taylor
(Signature of plaintiff or plaintiffs)

Robert E. Taylor
(Print name)

R28891
(I.D. Number)

Centralia Correction Center
P.O. box 711
(Address) Centralia, IL. 62801

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, #B-38970, et al., )
 )
    Plaintiffs, )
 )
vs. ) CIVIL NO. 07-1298
 )
DIRECTOR JOHN R. BALDWIN, et al., )
 )
    Defendants. )
 )

## NOTICE OF PETITION FOR ATTORNEYS' FEES

The parties settlement agreement provided for attorney's fees as follows:

"The parties agree that an award of fees is appropriate in this matter. The Court shall determine the amount of fees and costs due to Plaintiffs' counsel. Fees are to be determined as if the Plaintiffs are the prevailing party. One half of this sum shall be payable one hundred twenty (120) days after the Court determines that amount. The remaining half of the fees will become immediately due if the Court enters an order pursuant to Section XXIX(g). In no event will the award be more than six million dollars."

Plaintiffs petitioned for fees and expenses in the amount of $6,090,698.12. Defendants objected to that amount. As a class member you are also entitled to object, if you so choose. Please be advised attorneys' fees and expenses do not diminish the relief provided to the class in settlement. Objections should be sent to this Court in Peoria, Illinois on or before January 27, 2017 at the address provided below:

    Clerk of Court
    309 U.S. Courthouse
    100 N.E. Monroe Street,
    Peoria, IL 61602

The Court will hold a hearing on fees on February 3, 2017, at 1:00pm.